**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6358**

───────────────

RAMONE WRIGHT,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00028-JPB-JPM)

───────────────

Submitted:  February 10, 2023                     Decided:  February 15, 2023

───────────────

Before AGEE and WYNN, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed as modified by unpublished per curiam opinion.

───────────────

Ramone Wright, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramone Wright appeals the district court's order dismissing his complaint under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-80.  Because Wright did not properly exhaust his administrative remedies, he was barred from bringing the instant suit, *see* 28 U.S.C. §§ 2401(b), 2675(a), and the district court lacked jurisdiction to consider it, *see McNeil v. United States*, 508 U.S. 106, 113 (1993); *Kokotis v. U.S. Postal Serv.*, 223 F.3d 275, 278 (4th Cir. 2000); *Ahmed v. United States*, 30 F.3d 514, 516 (4th Cir. 1994).

Accordingly, we affirm the district court's judgment as modified to reflect a dismissal without prejudice for lack of jurisdiction.  *See Goldman v. Brink*, 41 F.4th 366, 369 (4th Cir. 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*